BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LINDSAY M. VICK (MA Bar No. 685569)
Senior Litigation Counsel
SIU P. WONG (PA Bar No. 75001)
Senior Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1955
Email: siu.wong@usdoj.gov

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XIN WANG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | No. 2:23-cv-2125 MEMF (AGRx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF ASYLUM APPLICATION [13]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Asylum Application submitted by the parties, and finding good cause,

IT IS HEREBY ORDERED that the instant action shall be stayed until **May 31, 2024.**

Dated: June 1, 2023

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge